# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1129
_____

BJORN ROBINSON,

    Appellant/Cross-Appellee,

    v.

PUBLIX SUPER MARKETS, INC.
and PUBLIX RISK
MANAGEMENT/THE HARTFORD,

    Appellees/Cross-Appellants.

_____


On appeal from an order of the Judge of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident:  September 30, 2012.

May 24, 2019

PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bradley G. Smith of Smith, Feddeler & Smith, P.A., Lakeland, and Wendy S. Loquasto of Fox & Loquasto, LLC, Tallahassee, for Appellant/Cross-Appellee.

Thomas P. Vecchio and Bettina N. Carrier of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellees/Cross-Appellants.